# United States District Court
# Western District of North Carolina
# Divisional Office Division

| | | |
|---|---|---|
| Breyon D. Middlebrooks, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:13-CV-223 |
| | ) | |
| vs. | ) | |
| | ) | |
| Duane Terrell, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 29, 2014 Order.

September 29, 2014

*[signature]*

Frank G. Johns, Clerk
United States District Court